SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK DAY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; Sacramento Police Department Officer DOE 1, individually and in his official capacity as an officer of the CITY; Sacramento Police Department Officer DOE 2, individually and in his official capacity as an officer for the CITY; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No.: 2:24-cv-01151-CSK<br><br>ANSWER OF DEFENDANT CITY OF SACRAMENTO TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Defendant CITY OF SACRAMENTO, (hereinafter "Defendant") answers the verified First Amended Complaint (hereinafter "FAC") of Plaintiff DERICK DAY, as follows:

1. Answering paragraph 1 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

/ / /

2. Answering paragraph 2 of the FAC, Defendant admits that jurisdiction is proper.

3. Answering paragraph 3 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

4. Answering paragraph 4 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

5. Answering paragraph 5 of the FAC, Defendant admits that the City of Sacramento is an incorporated public entity under the laws of the state of California. Defendant is without sufficient information to form a belief as to the truth of the allegations that DOES 1-50 were City employees and on that basis it denies that allegation.

6. Answering paragraph 6 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

7. Answering paragraph 7 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

8. Answering paragraph 8 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

9. Answering paragraph 9 of the FAC, Defendant admits the allegations asserted therein.

10. Answering paragraph 10 of the FAC, Defendant admits that Dante Day was shot by Sacramento Police Department Officers Keegan Hironaka and Kevin Lucas at approximately 5:00 p.m. on August 15, 2023, on board of a Regional Transit train. Defendants deny that the force used was excessive.

/ / /

/ / /

11. Answering paragraph 11 of the FAC, Defendant admits Dante Day was aboard the train wielding a large knife and that he was shot by officers of the Sacramento Police Department. Defendant denies the remaining allegations contained in paragraph 11.

12. Answering paragraph 12 of the FAC, Defendant admits that Dante Day died as a result of his wounds. As to the remaining allegations asserted in paragraph 12, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every remaining allegation contained therein.

13. Answering paragraph 13 of the FAC, Defendant incorporates by reference its responses to each and every paragraph of the FAC as though fully set forth herein.

14. Answering paragraph 14 of the FAC, Defendant denies each and every allegation contained therein.

15. Answering paragraph 15 of the FAC, Defendant denies each and every allegation contained therein.

16. Answering paragraph 16 of the FAC, Defendant incorporates by reference its responses to each and every paragraph of the FAC as though fully set forth herein.

17. Answering paragraph 17 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

18. Answering paragraph 18 of the FAC, Defendant denies each and every allegation contained therein.

19. Answering paragraph 19 of the FAC, Defendant admits that Dante Day boarded a Regional Transit train on August 15, 2023, did not physically harm any passengers and that he was shot by Sacramento Police Department officers. Defendant denies the remaining allegations asserted in paragraph 19.

20. Answering paragraph 20 of the FAC, Defendant denies each and every allegation contained therein.

/ / /

/ / /

21. Answering paragraph 21 of the FAC, Defendant incorporates by reference its responses to each and every paragraph of the FAC as though fully set forth herein. Defendant denies the remaining allegations asserted in paragraph 21.

22. Answering paragraph 22 of the FAC, Defendant denies each and every allegation contained therein.

23. Answering paragraph 23 of the FAC, Defendant incorporates by reference its responses to each and every paragraph of the FAC as though fully set forth herein.

24. Answering paragraph 24 of the FAC, Defendant denies each and every allegation contained therein.

25. Answering paragraph 25 of the FAC, Defendant denies each and every allegation contained therein.

26. Answering paragraph 26 of the FAC, Defendant incorporates by reference its responses to each and every paragraph of the FAC as though fully set forth herein.

27. Answering paragraph 27 of the FAC, Defendant admits that the involved Sacramento Police Department officers were acting in the course and scope of their employment at all relevant times. Defendant denies the remaining allegations asserted in paragraph 27.

28. Answering paragraph 28 of the FAC, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendant denies each and every allegation contained in paragraph 28.

29. Answering paragraph 29 of the FAC, Defendant denies each and every allegation contained therein.

30. Answering paragraph 30 of the FAC, Defendant denies each and every allegation contained therein.

31. Answering paragraph 31 of the FAC, Defendant is without sufficient information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

/ / /

32. Answering paragraph 32 of the FAC, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

[Failure to State a Cause of Action]

Plaintiff's FAC, and each cause of action contained therein, fails to state the facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

[Tort Claims Act]

Plaintiff's claim is barred for failure to comply with the California Tort Claims Act.

### THIRD AFFIRMATIVE DEFENSE

[Comparative Fault - Plaintiff]

Plaintiff is barred from recovery, in whole or part, because decedent's sole or partial negligence was the proximate cause of the acts and events alleged in the FAC.

### FOURTH AFFIRMATIVE DEFENSE

[Comparative Fault - Third Parties]

Plaintiff is barred from recovery from Defendant, in whole or part, because the sole or partial negligence of third parties was the proximate cause of the acts and events alleged in the FAC.

### FIFTH AFFIRMATIVE DEFENSE

[Government Code - Immunities]

Each act or omission alleged in the complaint falls within the immunities and defenses described in sections 800 through 995 of the California Government Code, including but not limited to, sections 815.2, 818.8, 820.2, 821.2, 822.2, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2, 835.4, 840.2, 840.4, 840.6, and 845.8.

/ / /

/ / /

SIXTH AFFIRMATIVE DEFENSE

[Good Faith]

Defendant alleges it has acted in good faith and without wrongful intent at all times alleged in the FAC.

SEVENTH AFFIRMATIVE DEFENSE

[Failure to Mitigate]

Plaintiff's claims are barred, in whole or part, due to Plaintiff's failure to mitigate the damages alleged in the FAC.

EIGHTH AFFIRMATIVE DEFENSE

[Arrest/Force]

Each act or omission alleged in the Complaint falls within the immunities and privileges set forth in the California Penal Code, including but not limited to, sections 834, 834a, 835, 836, and 836.5.

NINTH AFFIRMATIVE DEFENSE

[Qualified Immunity]

Defendants alleges immunity from liability because its police officers' conduct did not violate clearly established federal law and/or a reasonable officer would not have known his/her conduct violated clearly established law.

WHEREFORE, Defendant requests:

1. That Plaintiff take nothing from Defendant herein and that judgment be awarded in favor of Defendant;

2. That Defendant recover its reasonable costs incurred in the defense of this action; and

3. For such other and further relief as the court may deem proper.

/ / /

/ / /

/ / /

/ / /

DEMAND FOR JURY TRIAL

NOTICE IS HEREBY GIVEN that Defendant City of Sacramento, demands a jury trial in the above-entitled action pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the United States Constitution.

DATED: June 12, 2024

SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
SEAN D. RICHMOND
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO