**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiff, DERICK DAY

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
**srichmond@cityofsacramento.org**
**KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
**kbrosseau@cityofsacramento.org**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERICK DAY, an individual and successor-in-interest to Decedent DANTE DAY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et. al.,<br><br>Defendants. | CASE NO.: 2:24-cv-01151-CSK<br><br>**JOINT INITIAL CASE MANAGEMENT STATEMENT**<br><br>**Conference Date**: July 23, 2024<br>**Time:** 10:00 a.m.<br>**Location**: Courtroom 25<br><br>**Trial Date**: None Set<br><br>Hon. Magistrate Judge Chi Soo Kim |

Pursuant to the Courts Order, the parties submit the following Joint Status Report:

**1.** Jurisdiction and Service

**a.** Plaintiffs Contention

filed this case in federal court and asserts federal question jurisdiction pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §§1391(b). Defendants do not contest federal jurisdiction, personal jurisdiction or venue.

**b.** Defendants' Contention

Defendants do not contest jurisdiction or venue.

**2.** Facts

**a.** Plaintiff's Contention

The incident took place on August 15, 2023. The time was approximately 5:00 P.M. The location was City College Station Sacramento, CA. Sacramento police officers A and B shot Dante Day. Officers A and B used excessive force.

Mr. Day boarded the train. Day held a hunting knife. Mr. Day did not verbally threaten any of the passengers. Day did not brandish the weapon towards any of the passengers. Mr. Day exhibited signs of extreme mental distress. Day sat down. Officer A and Officer B entered the train. Mr. Day repeatedly stated that he was scared. Day begged the officers not to kill him. Mr. Day stood up. Officer A shot Day three times with a bean bag shotgun. Mr. Day ran towards Officer A. Officer A fired ten bean bags at Day. Mr. Day collapsed to the floor. Day moved behind a train seat. Mr. Day stood still against the wall. Day was not facing the officers. Officer B shot Mr. Day six times with his gun.

As a result, Day died from gunshot wounds. Mr. Day leaves behind his father, Derick Day, and his sister, Monique Long.

Plaintiff found it necessary to engage the services of private counsel to vindicate his rights under the law. Plaintiff is therefore entitled to an award of attorneys' fees and/or costs pursuant to statute(s) in the event that they are the prevailing parties in this action under 42 U.S.C. §§§§ 1983, 1985-86 and 1988. Plaintiff is also entitled to punitive damages under 42 U.S.C. §§§§ 1983, 1985-86 and 1988.

**b.** Defendants' Contention

During the late afternoon on August 15, 2023, the Sacramento Police Department received a call that a man wielding a machete was aboard a Regional Transit train near City College of Sacramento. SPD Officers Keegan Hironaka, Kevin Lucas, and David Daus responded to the call.

Upon arrival to the scene, the Officers observed the subject, Dante Day, sitting on a bench seat. Mr. Day began shouting at the officers and then brandished the machete. Officer Hironaka attempted to de-escalate the situation by trying to speak with Mr. Day to calm him down. Mr. Day became more agitated as Officer Hironaka's attempts to de-escalate were not being positively received by Mr. Day.

Mr. Day then rose from his seat while still wielding the machete. Officer Lucas fired less-lethal rounds from a bean bag shotgun at Mr. Day. The impact from the bean bags caused him to stumble, however, he then began to aggressively advance toward the officers with the machete in hand. Officer Hironaka then fired lethal rounds, and Officer Lucas then fired lethal rounds. The result of the lethal force caused the death of Mr. Day.

**1.** Legal Issues

The complaint currently asserts the following federal claims against Defendants: 1) Section 1983 Violation of the Fourteenth Amendment of the United States Constitution – Excessive Force; 2) Right To A Familial Relationship; 3) Intentional Infliction of Emotional Distress; 4) Wrongful Death.

These claims raise at least the following issues: 1) Whether Defendants violated Decedent's Fourth and Fourteenth Amendment rights when they shot and killed Decedent; 2) Whether Defendants deprived Plaintiff of the right to a familial relationship with Decedent; 3) Whether Defendants intentionally inflicted unnecessary emotional distress on Decedent; 4) Whether Defendants caused the wrongful death of Decedent.

Defendants submit that the use of lethal force was justified given the totality of the circumstances and therefore did not violate the constitutional rights of either the decedent nor Plaintiff herein. Defendants further submit that Officers Hironaka and Lucas are entitled to qualified immunity.

**2.** Motions

Plaintiffs may file motions in limine and any other needed discovery motions in this matter.

Defendants intend to file a Motion for Summary Judgment on grounds that the involved SPD Officers are entitled qualified immunity.

**3.** Amendment of Pleadings

Plaintiffs anticipate a need to amend the pleadings once they learn new facts during discovery.

**4.** Evidence Preservation

Both Plaintiffs and Defendants are aware of their duty to preserve evidence and have taken steps to preserve all potentially relevant evidence.

**5.** Disclosures

The parties will make their initial disclosures on or before July 31, 2024.

**6.** Discovery

Plaintiff and Defendants do not currently anticipate the need for additional written discovery or depositions beyond that permitted by the Rules, but will approach the Court regarding additional discovery if necessary.

**7.** Class Actions

This is not a class-action matter.

**8.** Related cases

The parties are unaware of any related cases.

**9.** Relief

Plaintiff is seeking general, special, and punitive damages in an unspecified amount.

**10.** Settlement and ADR

Plaintiffs prefer to discuss ADR options at the initial case management conference.

**11.** Consent to Magistrate Judge for All Purposes

The parties have filed the required consent / declination documents.

**12.** Other reference

The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**13.** Narrowing of Issues

None at this time.

**14.** Expedited Schedule

The parties do not request an expedited schedule at this time.

**15.** Scheduling:

After meeting and conferring, and considering already-scheduled trials, the parties jointly propose the follow schedule:

Joint Proposed Schedule

| | |
|---|---|
| Initial Disclosures deadline: | July 31, 2024 |
| Deadline for Amended Pleadings: | August 8, 2024 |
| Close of non-expert discovery: | September 30, 2025 |
| Expert Disclosure: | October 17, 2025 |
| Rebuttal Expert Disclosure: | November 14, 2025 |
| Close of expert discovery: | January 30, 2025 |
| Deadline to file dispositive motions: | February 20, 2025 |
| Pretrial Conference Statement: | June 22, 2026 |
| Pretrial conference: | June 29, 2026 |
| Trial: | TBD |

**16.** Trial:

The parties have demanded a jury trial, expected to last approximately 5-7 days.

**17.** Disclosure of Non-Party Interested Entities or Persons:

Plaintiffs: None.

Defendants: ENTER

**18.** Other matters

None at this time.

Dated: July 11, 2024 **Burris, Nisenbaum, Curry & Lacy, LLP**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

DATED: July 11, 2024

SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
**SEAN D. RICHMOND**
Senior Deputy City Attorney
Attorneys for the CITY OF SACRAMENTO