**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (844) 273-6873
Email:  John.Burris@johnburrislaw.com
Email:  Bnisenbaum@gmail.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiff, DERICK DAY

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
**srichmond@cityofsacramento.org**
**KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
**kbrosseau@cityofsacramento.org**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERICK DAY, an individual and successor-in-interest to Decedent DANTE DAY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et. al.,<br><br>Defendants. | CASE NO.: 2:24-cv-01151-TLN-CSK<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order for leave for Plaintiffs to file a First Amended Complaint.

Whereas, during the normal course of discovery, Plaintiffs identified the names of DOE defendants who Plaintiffs intend to name in this matter.

Whereas, the parties met and conferred and stipulated to allow Plaintiffs to name Officers KEEGAN HIRONAKA, and KEVIN LUCAS as defendants in this matter in place of previously named DOE defendants.

As such, the parties respectfully request and stipulate to leave for Plaintiffs to file a First Amended Complaint to add the new defendants.

It is so stipulated.

It is so stipulated.

Dated: March 10, 2025          **Burris, Nisenbaum, Curry & Lacy, LLP**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

DATED: March 10, 2025          SUSANA ALCALA WOOD,
City Attorney

By: /s/ *Kate Brosseau*
**SEAN D. RICHMOND**
Senior Deputy City Attorney
**KATE D.L. BROSSEAU**
Deputy City Attorney
Attorneys for the CITY OF SACRAMENTO

## ORDER

Good cause appearing, it is hereby ordered: Plaintiffs have 30 days from the date of this order to file a first amended complaint, which shall name KEEGAN HIRONAKA, and KEVIN LUCAS as defendants in this matter.

**IT IS SO ORDERED.**

DATED: March 10, 2025

_____
Troy L. Nunley
Chief United States District Judge