**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (844) 273-6873
Email:  John.Burris@johnburrislaw.com
Email:  Bnisenbaum@gmail.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiff, DERICK DAY


SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
**srichmond@cityofsacramento.org**
**KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
**kbrosseau@cityofsacramento.org**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERICK DAY, an individual and successor-in-interest to Decedent DANTE DAY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et. al.,<br><br>Defendants. | CASE NO.: 2:24-cv-01151-TLN-CSK<br><br>**NOTICE OF ERRATA RE ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE NOTICE that Plaintiff submits this notice of errata to correct the parties' Proposed Order for Leave to Amend at Docket Number 16.

1. On May 3, 2024 Plaintiff filed a First Amended Complaint in this matter. Plaintiff subsequently identified the names of two of the previously named DOE defendants.

2. On March 10, 2025 the parties filed a stipulation and proposed order for leave for Plaintiff to file an amended complaint to name the newly identified defendants in place of the DOE defendants. The Court granted the parties' stipulation at Docket No. 17. However, the stipulation and proposed order inadvertently requested to file a First Amended Complaint instead of a Second Amended Complaint.

As such, Plaintiff respectfully submits this Errata and the attached Corrected Order for Leave to Amend to allow Plaintiffs to file the Second Amended Complaint, which shall name the newly identified defendants.

Dated: April 3, 2025              **Burris, Nisenbaum, Curry & Lacy, LLP**

/s/ *James Cook*
James Cook
Attorney for Plaintiff


DATED: April 3, 2025              SUSANA ALCALA WOOD,
                                  City Attorney

                                  By: /s/ *Kate Brosseau*
                                  **SEAN D. RICHMOND**
                                  Senior Deputy City Attorney
                                  **KATE D.L. BROSSEAU**
                                  Deputy City Attorney
                                  Attorneys for the CITY OF SACRAMENTO

**<u>CORRECTED ORDER</u>**

Good cause appearing, it is hereby ordered: Plaintiffs have 7 days from the date of this order to file a second amended complaint, which shall name KEEGAN HIRONAKA, and KEVIN LUCAS as defendants in this matter.

**IT IS SO ORDERED.**

DATED: April 3, 2025

_____
Troy L. Nunley
Chief United States District Judge