**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (844) 273-6873
Email:  John.Burris@johnburrislaw.com
Email:  Bnisenbaum@gmail.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiff, DERICK DAY

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
**srichmond@cityofsacramento.org**
**KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
**kbrosseau@cityofsacramento.org**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERICK DAY, an individual and successor-in-interest to Decedent DANTE DAY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et. al.,<br><br>Defendants. | CASE NO.: 2:24-cv-01151-TLN-CSK<br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE** |

1  The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order to set a settlement conference in this matter on August 26th at 9:30 AM before the honorable Chief Magistrate Judge Delaney.

Whereas, the parties have met and conferred and agreed that staying this matter, and setting a settlement conference would be productive in this matter;

Whereas, the parties agreed to stipulate to request Honorable Judge Delaney to preside over the settlement conference;

Whereas, the parties have conferred with Chief Magistrate Judge Delaney's Courtroom Clerk, and confirmed August 26th, 2025, at 9:30 AM as an available date to hold a settlement conference with Judge Delaney.

As such, the parties respectfully request and stipulate to stay this matter, and set a settlement conference for August 26, 2025, at 9:30 AM before the Chief Magistrate Judge Delaney.

It is so stipulated.

Dated:  July 8, 2025                                **Burris, Nisenbaum, Curry & Lacy, LLP**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

DATED: July 8, 2025                                SUSANA ALCALA WOOD,
City Attorney

By: /s/ *Kate Brosseau*
**SEAN D. RICHMOND**
Senior Deputy City Attorney
**KATE D.L. BROSSEAU**
Deputy City Attorney
Attorneys for the CITY OF SACRAMENTO

**ORDER**

Good cause appearing, it is hereby ordered: This matter is stayed, and set for a settlement conference for August 26, 2025, at 9:30 AM before Chief Magistrate Judge Delaney.

**IT IS SO ORDERED.**

DATED: July 8, 2025

_____
Troy L. Nunley
Chief United States District Judge