1  **JOHN L. BURRIS, ESQ., SBN 69888**
   **BEN NISENBAUM, ESQ., SBN 222173**
2  **JAMES COOK, ESQ., SBN 300212**
   **BURRIS, NISENBAUM, CURRY & LACY, LLP**
3  Airport Corporate Center
4  7677 Oakport Street, Suite 1120 Oakland, CA 94621
   Telephone:  (510) 839-5200
5  Facsimile:  (844) 273-6873
6  Email:  John.Burris@johnburrislaw.com
   Email:  Bnisenbaum@gmail.com
7  Email:  James.Cook@johnburrislaw.com

8  Attorneys for Plaintiff, DERICK DAY
9
   SUSANA ALCALA WOOD, City Attorney (SBN 156366)
10 **SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
11 **srichmond@cityofsacramento.org**
   **KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
12 **kbrosseau@cityofsacramento.org**
   CITY OF SACRAMENTO
13 915 I Street, Room 4010
   Sacramento, CA 95814-2608
14 Telephone: (916) 808-5346
15 Facsimile: (916) 808-7455

16 Attorneys for the CITY OF SACRAMENTO

17
18                    **UNITED STATES DISTRICT COURT**
19                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| DERICK DAY, an individual and successor-in-interest to Decedent DANTE DAY, | CASE NO.: 2:24-cv-01151-TLN-CSK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO DISMISS** |
| vs. | |
| CITY OF SACRAMENTO, et. al., | |
| Defendants. | |

The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order to extend time to file dispositional documents:

Whereas, On November 13, 2025 the Court ordered that the parties file dispositional documents within 30 days.

Whereas, the fully executed settlement release and agreement was received by Defendants on December 8, 2025.

Whereas, as of the date of the execution of this document, Defendants are processing the settlement payment in this matter.

Whereas, Plaintiffs want to ensure the settlement payment is received before dismissing this matter.

As such, the parties respectfully request and stipulate to extend time for the parties to file a dismissal in this matter by 30 days.

It is so stipulated.


Dated:  December 12, 2025                                **Burris, Nisenbaum, Curry & Lacy, LLP**

                                                                          /s/ *James Cook*
                                                                          James Cook
                                                                          Attorney for Plaintiff


DATED: December 12, 2025                                 SUSANA ALCALA WOOD,
                                                         City Attorney

                                                         By: /s/ *Kate Brosseau*
                                                         **SEAN D. RICHMOND**
                                                         Senior Deputy City Attorney
                                                         **KATE D.L. BROSSEAU**
                                                         Deputy City Attorney

1                                                                                Attorneys for the CITY OF SACRAMENTO

## ORDER

Good cause appearing, it is hereby ordered: The parties shall file dispositional documents or a status report within 30 days of the date of this order.

**IT IS SO ORDERED.**

**DATED: December 12, 2025**